Robert E. Littlefield, Jr.
Chief, United States Bankruptcy Judge

So Ordered.

Signed this 29 day of October, 2014.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 7 |
| THOMAS J. KRAUS and CHERYL A. KRAUS, | Case No.: 13-11841-1-rel |
| Debtor, | |
| CHERYL KRAUS, | **ORDER** |
| Plaintiff, | |
| v. | Adv. Proc. No.: 14-90016-1-rel |
| SALLIE MAE INC., | |
| Creditor. | |

WHEREAS, a Stipulation of Voluntary Dismissal has been filed with the Court on October 23, 2014; and it is hereby

ORDERED, this adversary proceeding is dismissed without prejudice and without further notice to the parties, shall be closed.

X X X